UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SERGEY LEGKOBIT,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>Defendant. | No. 2:14-cv-00381-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING ACTION** |

On July 31, 2015, Magistrate Judge Rodgers issued a Report and Recommendation to Grant Plaintiff's Motion for Voluntary Dismissal, ECF No. 18. No timely objections to the Report and Recommendation were filed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **adopts** Magistrate Judge Rodgers' Report and Recommendation to Grant Plaintiff's Motion for Voluntary Dismissal, ECF No. 18.

2. Plaintiff's Motion for Voluntary Dismissal, ECF No. 17, is GRANTED.

3. Plaintiff's Complaint, ECF No. 3, is **dismissed**, **without prejudice.**

///

///

///

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING ACTION** ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close the file**.

**DATED** this 17th day of August, 2015.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING ACTION** ~ 2